IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LINDA HARRISON,** : | |
|     Plaintiff : | **CIVIL ACTION NO. 12-5017** |
| : | |
| **v.** : | |
| : | |
| **MEGABUS NORTHEAST, LLC,** : | |
| **d/b/a MEGABUS.COM** : | |
| : | |

### ORDER

**AND NOW,** this 8th day of October 2013, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 17] and Plaintiff's response thereto [Doc. No. 22], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED.** Plaintiff's claims are **DISMISSED** with prejudice and **JUDGMENT** is entered in favor of Defendant.

The Clerk of Court is **DIRECTED** to mark this case closed.

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**

                                                _____

                                                **CYNTHIA M. RUFE, J.**