IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA HARRISON,<br>    Plaintiff<br><br>v.<br><br>MEGABUS NORTHEAST, LLC,<br>d/b/a MEGABUS.COM | :<br>:  CIVIL ACTION NO. 12-5017<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 8th day of October 2013, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 17] and Plaintiff's response thereto [Doc. No. 22], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's claims are **DISMISSED** with prejudice and **JUDGMENT** is entered in favor of Defendant.

The Clerk of Court is **DIRECTED** to mark this case closed.

It is so **ORDERED.**

                                                      **BY THE COURT:**

                                                      **/s/ Cynthia M. Rufe**

                                                      _____

                                                      **CYNTHIA M. RUFE, J.**